JESSE VAN AUKEN *et al.* agt. JAMES STEWART.

An affidavit, for the purpose of moving to change the venue, should state the *towns* as well as the county in which the witnesses reside. (1 *How.* 195; 2 *How.* 89.)

*June Term,* 1846.

MOTION by defendant to change the venue from New-York to Delaware.

The affidavit upon which this motion was founded did not state the *towns* in which the witnesses resided; it stated only that they resided in the county of Delaware.

Plaintiffs' counsel objected to the sufficiency of the affidavit, and *cited* 1 *How.* 195; 2 *How.* 89.

A. TABER, *defendant's counsel.*
JOHNSON & ANDREWS, *defendant's attorneys.*
G. R. J. BOWDOIN, *plaintiffs' counsel.*
R. TEN BROECK, *plaintiffs' attorney.*

JEWETT, Justice. Sustained the objection, and denied the motion with $7 costs.